320

WOODS *v.* CALIFORNIA.

No. 1006.   Decided March 24, 1969.

*Burton Marks* for appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

BOEING CO. *v.* HAMM, COMMISSIONER OF REVENUE OF ALABAMA.

No. 1017.   Decided March 24, 1969.

*John Bingham* for appellant.

*MacDonald Gallion,* Attorney General of Alabama, and *Willard W. Livingston* and *William H. Burton,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.